IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LESTER WASHINGTON,
    Plaintiff,

vs.                                  Case No.: 3:18cv446/RV/EMT

STATE OF FLORIDA, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

On September 11, 2019, the undersigned entered an order allowing Plaintiff thirty days in which to file a second amended complaint against the only remaining Defendant (ECF No. 72). The clerk of court mailed a copy of the order to Plaintiff at his most recent address of record (*see* ECF No. 69) the day the order was entered (*see* ECF No. 72).[1] The court's mail was returned with a notation it could not be forwarded due to the fact that the residence at the address to which the mail was sent was vacant. Plaintiff has not contacted the court to update his address since he filed the Notice of Change of Address on September 6, 2019 (*see* ECF No. 69), listing the address to

---

[1] On September 6, 2019, the court received from Plaintiff a Notice of Change of Address and objections to the undersigned's Report and Recommendation, each of which identified Plaintiff's new address as 7830 Castlegate Drive, Pensacola, FL 32534 (*see* ECF No. 69; ECF No. 70 at 24). Thus, the court utilized Plaintiff's address in mailing its order of September 11.

which the order was sent. Based on the Court's inability to contact Plaintiff, the issuance of any further orders would be futile.

Accordingly, it is respectfully **RECOMMENDED**:

1. That this matter be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to keep the court apprised of his current mailing address.

2. That the clerk be directed to close the file.

**DONE AND ORDERED** this 26th day of September 2019.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**