IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LESTER WASHINGTON,

     Plaintiff,

vs.                                 Case No.: 3:18cv446/RV/EMT

STATE OF FLORIDA, et al.,

     Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated September 26, 2019 (ECF No. 74). The parties have been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The plaintiff has filed an objection (ECF No. 75), an amended objection (ECF No. 76), and a Motion for Reconsideration of the Report and Recommendation dated August 23, 2019 (ECF No. 68).

Having considered the Report and Recommendation, the plaintiff's objection and amended objection, and plaintiff's motion, I have determined that it is impossible to comprehend what the plaintiff is attempting to allege or claim in this proceeding.

Importantly, he continues to identify an address (7830 Castlegate Drive, Pensacola, Florida 32534) which the Postal Service reports as non-existent and the Court's mailed documents have been returned as "undeliverable" and "unable to forward."

Accordingly, it is now **ORDERED** as follows:

1.      The chief magistrate judge's Report and Recommendation (ECF No. 74) is adopted and incorporated by reference in this order.

2.      Plaintiff's Motion for Reconsideration is **DENIED.**

3.      This case is **DISMISSED, WITHOUT PREJUDICE,** for plaintiff's failure to keep the court appraised of his current mailing address.

4.      Plaintiff may file a Second Amended Complaint within 60 days, in lieu of which this dismissal shall be WITH PREJUDICE.

**DONE AND ORDERED** this 2nd day of October, 2019.


/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**